**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| JENNIFER EVANS,<br>　　　　　Plaintiff,<br>v.<br><br>CENTENE COMPANY OF TEXAS L.P.,<br>　　　　　Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | No. 1:18-CV-266-ML |

**ORDER SETTING STATUS CONFERENCE**

On September 13, 2018, this matter was transferred to the undersigned. Dkt. #15. With the transfer of this matter, a brief status and scheduling conference is appropriate.

The court hereby sets and directs the parties, or counsel acting on their behalf, to participate in a telephonic status conference at **3:00 p.m., Tuesday, October 02, 2018 at telephone number (512) 916-5896, ext. 8597**. Counsel for Plaintiff shall be responsible for initiating and coordinating the call. The court requests that all parties participate in the call using a landline, rather than cellular phone.

SIGNED September 18, 2018.

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE